**ADAM J. FISHBEIN**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-7-08

August 4, 2008

**VIA FACSIMILE TO 212-805-6382**
The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1368

RE: Plummer v. Avante USA
    08 CV 1465 (VM)

Dear Judge Marrero:

I represent the plaintiff in the above referenced matter and am writing to Your Honor to have the matter restored. I will file the affidavit of service shortly but the complaint was served within the 120 day period. In the meantime, I have been working on settling the matter with counsel in Texas.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein

*[Handwritten note:]* The Court will consider the request of plaintiff to restore this action to the Court's active calendar upon filing of affidavit of service confirming the defendants were served within the 120-day period allowed.

SO ORDERED:
8-6-08
DATE      VICTOR MARRERO, U.S.D.J.